**Shannon Armstrong**, OSB No. 060113
shannon.armstrong@hklaw.com
**Kristin Asai**, OSB No. 103286
kristin.asai@hklaw.com
**Abigail Gore**, OSB No. 205387
abigail.gore@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

**Ashley Shively** (*pro hac vice forthcoming*)
ashley.shively@hklaw.com
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900

*Attorneys for Mars, Incorporated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIZETH JIMENEZ, AYREANNE BORDEAUX, KRYSTINE AQUINO-RORALDO, and REGINA BERRIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MARS, INC.,<br><br>Defendant. | Case No. 3:23-cv-01786-YY<br><br>**DECLARATION OF KRISTIN ASAI IN SUPPORT OF DEFENDANT MARS, INCORPORATED'S MOTION TO DISMISS** |

I, Kristin Asai, declare as follows:

1. I am one of the attorneys representing the defendant Mars, Incorporated ("Mars") in this case. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. I attach true and correct copies of the following documents in support of defendant's motion to dismiss:

| Exhibit | Description |
|---|---|
| 1 | Printout from the Delaware Secretary of State's website identifying Mars as a Delaware corporation. |
| 2 | Printouts from the Oregon Secretary of State's website for Medical Management International, Inc. dba Banfield Pet Hospital, VCA Animal Hospitals Inc., and a search for Mars. |
| 3 | Terms and Conditions for Banfield Pet Hospital's website, which is available at https://www.banfield.com/General/Terms (last accessed on January 25, 2024) and referenced in in footnote 43 of the complaint. |
| 4 | Terms and Conditions for VCA Animal Hospital's website, which is available at https://vcahospitals.com/terms-and-conditions (last accessed on January 25, 2024) and referenced in in footnote 43 of the complaint. |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of January, 2024.

By: *s/ Kristin Asai*
Kristin Asai, OSB No. 103286



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300