**Shannon Armstrong**, OSB No. 060113
shannon.armstrong@hklaw.com
**Kristin Asai**, OSB No. 103286
kristin.asai@hklaw.com
**Abigail Gore**, OSB No. 205387
abigail.gore@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LIZETH JIMENEZ, AYREANNE BORDEAUX, KRYSTINE AQUINO-RORALDO, and REGINA BERRIOS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MARS, INC., MARS PETCARE US, INC., MMI HOLDINGS, INC., MEDICAL MANAGEMENT INTERNATIONAL, INC. d/b/a BANFIELD PET HOSPITAL, and VCA INC.,

Defendants.

Case No. 3:23-cv-01786-YY

**DECLARATION OF KRISTIN ASAI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Kristin Asai, declare as follows:

1. I am one of the attorneys representing defendants Mars, Incorporated ("Mars"), Mars Petcare US, Inc., MMI Holdings, Inc., Medical Management International, Inc. d/b/a Banfield Pet Hospital ("Banfield"), and VCA Inc. ("VCA") in this case. The following

statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. I attach true and correct copies of the following documents in support of defendant's motion to dismiss:

| Exhibit | Description |
|---|---|
| 1 | Terms and Conditions for Banfield's website, which is available at https://www.banfield.com/General/Terms (last accessed on May 5, 2024) and referenced in footnote 60 of the First Amended Complaint. |
| 2 | Terms and Conditions for VCA's website, which is available at https://vcahospitals.com/terms-and-conditions (last accessed on May 5, 2024) and referenced in footnote 60 of the First Amended Complaint. |
| 3 | Mars's Privacy Policy as linked from Banfield's Terms and Conditions and VCA's Terms and Conditions, which is available at https://www.mars.com/sites/g/files/dfsbuz106/files/2023-11/Mars%20Privacy%20Statement%20Dec%202022.pdf (last accessed on May 5, 2024) and referenced in footnote 60 and paragraph 107 of the First Amended Complaint. |
| 4 | Privacy Statement for VCA's website as linked from VCA's Terms and Conditions, which is available at https://preview.vcahospitals.com/~/link.aspx?_id=81F9AC6C37394FAAA271911E13446342&_z=z (last accessed on May 5, 2024) and referenced in footnote 60 and paragraph 107 of the First Amended Complaint. |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of May, 2024.

By: *s/ Kristin Asai*
Kristin Asai, OSB No. 103286



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300