DocuSign Envelope ID: 4E60A8AF-E1C0-4EAA-8E97-9F9374A4FB81


**Shannon Armstrong**, OSB No. 060113
shannon.armstrong@hklaw.com
**Kristin Asai**, OSB No. 103286
kristin.asai@hklaw.com
**Abigail Gore**, OSB No. 205387
abigail.gore@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIZETH JIMENEZ, AYREANNE BORDEAUX, KRYSTINE AQUINO-RORALDO, and REGINA BERRIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MARS, INC., MARS PETCARE US, INC., MMI HOLDINGS, INC., MEDICAL MANAGEMENT INTERNATIONAL, INC. d/b/a BANFIELD PET HOSPITAL, and VCA INC.,<br><br>Defendants. | Case No. 3:23-cv-01786-YY<br><br>**DECLARATION OF MICHAEL HINDS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION** |

I, Michael Hinds, declare:

1. I am over 18 years old and serve as the Financial Controller for Medical Management International, Inc., which does business as Banfield Pet Hospital, one of the named

defendants in this matter. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. I have been the Financial Controller for Banfield since 2022, and have been working for Banfield since 2017. In my role as Financial Controller I have first-hand knowledge and regularly manage employees with knowledge of the corporate structure of Banfield, its parent company, Mars, Incorporated, and other entities within the Mars family of businesses.

3. Banfield Pet Hospital ("Banfield") is a Delaware corporation with its principal place of business in Vancouver, Washington. Banfield operates and manages over 1,000 animal hospitals nationwide, including 29 locations in Oregon.

4. Mars, Incorporated is the second degree parent company of Banfield. Mars sets some general policies for its subsidiary companies, including Banfield, such as governance and compliance procedures. Mars also provides some IT guidance and resources, on matters like information security and data privacy, to its subsidiary companies, including Banfield. Other than the creation and supervision of some macro-level management policies, Banfield has its own executive team that operates Banfield's business independent from Mars. As a parent company to Banfield, Mars does not exercise any independent control over Banfield's daily operations. Banfield also makes its own personnel decisions, including interviewing, hiring, training, and managing its employees.

5. Banfield manages and operates its website, "https://www.banfield.com," independent of Mars. Banfield's website links to some terms and conditions on Mars's website in order to support consistent policies across the Mars family of brands.

6. MMI Holdings, Inc. is Banfield's direct parent company. MMI Holdings, Inc. is a Delaware corporation with its principal place of business in Vancouver, Washington. MMI Holdings is a holding company of Banfield and other entities and has no employees or offices in the State of Oregon.



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300

7. As a parent company to Banfield, MMI Holdings does not exercise any independent control over Banfield's daily operations. Other than its status as a holding company for Banfield, MMI Holdings has no relation to the operation of Banfield's website.

8. Mars Petcare US, Inc. is a Delaware corporation with its principal place of business in Tennessee. Mars Petcare US, Inc. is a manufacturer of pet food products under brands such as Pedigree, Sheba, and Cesar as part of Mars's Pet Nutrition division. Mars Petcare US, Inc. is a subsidiary of Mars, Inc. but is not a parent company of Banfield or VCA, Inc. ("VCA") and has no relation to the operation of Banfield's and VCA's animal hospital facilities or Banfield and VCA's websites.

9. Although Mars Petcare US, Inc. is sometimes shortened to "Mars Petcare" as an entity name, the entity "Mars Petcare" is distinct from the "Mars Petcare" public relations designation used by Mars on its websites to describe companies under Mars, Inc. ownership providing pet products or services. For example, the website titled "Mars Petcare," which can be found at https://gbr.mars.com/made-by-mars/petcare, is not the website for Mars Petcare US, Inc. the legal entity, but a website using the marketing term "Mars Petcare" to refer to an assortment of pet-related companies owned by Mars.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 5/3/2024 day of May, 2024.

DocuSigned by:
Michael Hinds
064680ED3F4742B...

MICHAEL HINDS



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300