**Shannon Armstrong**, OSB No. 060113
shannon.armstrong@hklaw.com
**Kristin Asai**, OSB No. 103286
kristin.asai@hklaw.com
**Abigail Gore**, OSB No. 205387
abigail.gore@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LIZETH JIMENEZ, AYREANNE BORDEAUX, KRYSTINE AQUINO-RORALDO, and REGINA BERRIOS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MARS, INC., MARS PETCARE US, INC., MMI HOLDINGS, INC., MEDICAL MANAGEMENT INTERNATIONAL, INC. d/b/a BANFIELD PET HOSPITAL, and VCA INC.,

Defendants.

Case No. 3:23-cv-01786-YY

**DECLARATION OF STEVE SPEREDELOZZI IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION**

I, Steve Speredelozzi, declare:

1. I am over 18 years old and serve as the Director of Global Corporate Structure for VCA Inc. ("VCA"), one of the named defendants in this matter. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. I have been the Director of Global Corporate Structure for VCA since 2022, and have been working for VCA since 2006. In my role as the Director of Global Corporate Structure, I have first-hand knowledge of the corporate structure of VCA and its direct and indirect parent companies up to Mars, Incorporated ("Mars").

3. VCA is a Delaware corporation with its principal place of business in Los Angeles, California. VCA's subsidiaries operate and manage animal hospitals nationwide, including 20 locations in Oregon.

4. Mars is the second-degree parent company of VCA. Mars sets general operating guidance and policies for its subsidiary companies, including VCA, such as governance and compliance procedures. Mars provides resources to its subsidiaries, including VCA, to support certain operational functions, such as data privacy and security and information technology. Other than the creation and supervision of certain macro-level management policies and providing the aforementioned resources, VCA has its own executive team that operates VCA's business independent from Mars. As a parent company to VCA, Mars does not exercise any independent control over VCA's daily operations. VCA makes its own day-to-day personnel decisions, including interviewing, hiring, training, and managing its employees.

5. VCA manages and operates its website, "https://www.vcahospitals.com," independent of Mars. VCA's website links to certain terms and conditions on Mars's website to support consistent policies across the Mars family of brands.

6. MMI Holdings, Inc. ("MMI Holdings") is VCA's direct parent company. MMI Holdings is a Delaware corporation with its principal place of business in Vancouver, Washington. MMI Holdings is a holding company of VCA and other entities and has no employees or offices in the State of Oregon.

7. As VCA's direct parent company, MMI Holdings does not exercise any independent control over VCA's daily operations. Other than its status as a holding company for VCA, MMI Holdings has no relation to the operation of VCA's website.

///

///



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 5/3/2024 day of May, 2024.

DocuSigned by:
Steve Speredelozzi
2EE7DE8FA0BD4B9...

STEVE SPEREDELOZZI



**HOLLAND & KNIGHT LLP**
601 SW 2nd Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300