HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

HOLLAND & KNIGHT LLP
Shannon Armstrong, *pro hac vice*
Kristin Asai, *pro hac vice*
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Phone: 503.243.2300
Fax: 503.241.8014
E-mail: shannon.armstrong@hklaw.com
E-mail: kristin.asai@hklaw.com

Attorneys for Defendant VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIZETH JIMENEZ, AYREANNE BORDEAUX, and NICKI APAYDIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VCA, INC.,

Defendant.

Case No.: 4:25-cv-00767-YGR

**DECLARATION OF KRISTIN ASAI IN SUPPORT OF NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT VCA INC.'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**

Judge: Hon. Yvonne Gonzalez Rogers

Date: June 17, 2025
Time: 2:00 pm
Place: Courtroom 1 – 4th Floor

Complaint Filed: November 30, 2023
SAC Filed: March 14, 2025

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Kristin Asai, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP, counsel for defendant VCA Inc., and an attorney admitted *pro hac vice* before this Court. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto.

2. A true and correct copy of the VCA Website Terms and Conditions is attached hereto as **Exhibit 1**.

3. A true and correct copy of the VCA Website's Privacy Policy, updated in August 2020, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 14, 2025, at Portland, Oregon.

*s/ Kristin Asai*
Kristin Asai