HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

HOLLAND & KNIGHT LLP
Shannon Armstrong, *pro hac vice*
Kristin Asai, *pro hac vice*
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Phone: 503.243.2300
Fax: 503.241.8014
E-mail: shannon.armstrong@hklaw.com
E-mail: kristin.asai@hklaw.com

Attorneys for Defendant VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIZETH JIMENEZ, AYREANNE BORDEAUX, and NICKI APAYDIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VCA INC.,

Defendant.

Case No.: 4:25-cv-00767-YGR

**DEFENDANT VCA INC.'S PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**

Judge: Hon. Yvonne Gonzalez Rogers

Defendant VCA Inc. ("VCA") hereby respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. The VCA website, located at www.vcahospitals.com, and all pages its contains, as referenced in paragraph 1 of the Second Amended Complaint. *See Stewart v. Kodiak Cakes, LLC*, 537 F.Supp 3d 1103, 1121-122 (C.D. Cal. 2021) (incorporating defendant's website by reference where plaintiff's complaint included inserted pictures from

site); *Perkins v. LinkedIn Corp.*, 53 F.Supp. 3d 1190, 1205 (N.D. Cal. 2014) (granting requests for judicial notice for website pages cited and relied upon in plaintiff's complaint).

2. The Terms and Conditions from VCA's website, which is available at https://vcahospitals.com/terms-and-conditions (last accessed on May 5, 2024) and referenced in footnote 52 of the Second Amended Complaint. A true and correct copy of which is attached to the declaration of Kristin Asai as **Exhibit 1**.

3. The Privacy Statement for VCA's website as linked from VCA's Terms and Conditions, which is available at https://preview.vcahospitals.com/~/link.aspx?_id=81F9AC6C37394FAAA271911E13446342&_z=z (last accessed on May 5, 2024) and referenced in footnote 52 and paragraph 73 of the Second Amended Complaint. A true and correct copy of which is attached to the declaration of Kristin Asai as **Exhibit 2**.

The Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." *U.S. v. Ritchie*, 342 F.3d 903, 908–09 (9th Cir. 2003) (cleaned up). Courts regularly consider a website's terms of service, conditions, and/or privacy policies as properly incorporated by reference when a complaint references those policies in data privacy actions. *See Heiting v. Taro Pharms. USA, Inc.*, 728 F. Supp. 3d 1112, 1119 (C.D. Cal. 2024) (considering defendant website's privacy policy as properly incorporated by reference where complaint expressly references policy); *Pristine Jewelers NY, Inc. v. Broner*, No. 23-MC-80023-BLF, 2023 WL 4629144, at *3 (N.D. Cal. July 18, 2023) (finding website printouts authentic due to declaration that provided indicia of authenticity.) Therefore, VCA respectfully requests that the Court take judicial notice of Exhibits 1 and 2 because they are referenced in the Second Amended Complaint and not subject to reasonable dispute.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Dated: April 14, 2025

HOLLAND & KNIGHT LLP

*s/ Kristin Asai*
Ashley L. Shively
Shannon Armstrong
Kristin Asai

Attorneys for Defendant
VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910