HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

HOLLAND & KNIGHT LLP
Shannon Armstrong, *pro hac vice*
Kristin Asai, *pro hac vice*
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Phone: 503.243.2300
Fax: 503.241.8014
E-mail: shannon.armstrong@hklaw.com
E-mail: kristin.asai@hklaw.com

Attorneys for Defendant VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETH JIMENEZ, AYREANNE BORDEAUX, and NICKI APAYDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VCA, INC.,<br><br>Defendant. | Case No.: 4:25-cv-00767-YGR<br><br>**SUPPLEMENTAL DECLARATION OF KRISTIN ASAI IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Date: June 17, 2025<br>Time: 2:00 pm<br>Place: Courtroom 1 – 4th Floor<br><br>Complaint Filed: November 30, 2023<br>SAC Filed: March 14, 2025 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Kristin Asai, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP, counsel for defendant VCA Inc., and an attorney admitted *pro hac vice* before this Court. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto.

2. A true and correct copy of the report of California State Assembly's Committee on Appropriations concerning SB 490 (1999), as issued on August 18, 1999 and pulled from the California State Legislature's website, is attached hereto as **Exhibit 3**.

3. A true and correct copy of the report of the California State Senate's Judiciary Committee concerning SB 490 (1999), as issued on May 11, 1999 and pulled from the California State Legislature's website, is attached hereto as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 29, 2025, at Portland, Oregon.

*s/ Kristin Asai*
Kristin Asai