HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: 415.743.6900
Fax: 415.743.6910
E-mail: ashley.shively@hklaw.com

HOLLAND & KNIGHT LLP
Shannon Armstrong, *pro hac vice*
Kristin Asai, *pro hac vice*
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Phone: 503.243.2300
Fax: 503.241.8014
E-mail: shannon.armstrong@hklaw.com
E-mail: kristin.asai@hklaw.com

Attorneys for Defendant VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIZETH JIMENEZ, AYREANNE BORDEAUX, and NICKI APAYDIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VCA INC.,

Defendant.

Case No.: 4:25-cv-00767-YGR

**DEFENDANT VCA INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**

Judge: Hon. Yvonne Gonzalez Rogers

Defendant VCA Inc. ("VCA") hereby respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. The legislative history of SB 490 (1999), the bill enacting Cal. Bus. & Prof. Code § 4857, including the report of the Assembly Committee on Appropriations issued by the legislature in consideration of SB 490 ("Assembly Report") on August 18, 1999. A true and correct copy of the Assembly Report, as pulled from the California State Legislature's

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

website, is attached as **Exhibit 3** to the concurrently filed Supplemental Declaration of Kristin Asai in Support of Defendant VCA's Motion to Dismiss for Lack of Standing and Failure to State a Claim ("Asai Declaration").

2. The legislative history of SB 490 (1999), the bill enacting Cal. Bus. & Prof. Code § 4857, including the report of the Senate Judiciary Committee issued by the legislature in consideration of SB 490 ("Senate Report") on May 11, 1999. A true and correct copy of the Senate Report, as pulled from the California State Legislature's website, is attached as **Exhibit 4** to the Asai Declaration.

The Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." *U.S. v. Ritchie*, 342 F.3d 903, 908–09 (9th Cir. 2003) (cleaned up). Courts regularly take judicial notice of legislative history. *See Arce v. Douglas*, 793 F.3d 968, 978 n.4 (9th Cir. 2015) ("We take judicial notice of legislative history materials pursuant to Federal Rules of Evidence Rule 201(b)"); *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (explaining "[l]egislative history is properly the subject of judicial notice"); *Edwards v. MUBI, Inc.*, No. 24-cv-00638-EKL, 2025 WL 985130, at *5 n.5 (N.D. Cal. March 31, 2025) (taking judicial notice of legislative history to California Video Privacy Protection Act).

The Assembly Report and Senate Report were issued by the California State Legislature in consideration of SB 490 (1999) and are properly considered legislative history. *See Anderson*, 673 F.3d at 1094 n.1 (taking judicial notice of a Senate Report); *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) (taking judicial notice of legislative history of Cal. Penal Code § 148.6); *Buffin v. City and Cnty. of San Francisco*, No. 15-cv-04959-YGR, 2019 WL 1017537, at *8 n.28 (N.D. Cal. March 4, 2019) (taking judicial notice of Senate committee report "because courts may take judicial notice of state statutes and their legislative history").

///

Therefore, VCA respectfully requests that the Court take judicial notice of Exhibits 3 and 4 because they are legislative history that is properly the subject of judicial notice.

Dated: May 29, 2025

HOLLAND & KNIGHT LLP

*s/ Kristin Asai*
Ashley L. Shively
Shannon Armstrong
Kristin Asai

Attorneys for Defendant
VCA Inc.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910