United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIZETH JIMENEZ ET AL.,**<br>Plaintiffs,<br>v.<br>**VCA, INC.**<br>Defendant. | **Case No.: 4:25-cv-00767-YGR**<br><br>**ORDER VACATING HEARING** |

The hearing set for June 17, 2025 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED.**

Date: June 11, 2025

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE