UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIZETH JIMENEZ ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **VCA, INC.**, <br><br> Defendant. | Case No.  4:25-cv-00767-YGR <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Dkt. No. 77 |

The parties to the action, by and through their counsel, have advised the Court that they have reached an agreement in principle to resolve plaintiffs' individual claims against VCA, Inc.

Based thereon, this matter is **DISMISSED** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that, once the settlement agreement has been memorialized, fully executed, and the terms of the agreement fulfilled, the parties shall file a stipulation for dismissal of this case.

If any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: June 18, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**